# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**678**

**CA 15-01924**

PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

CENTRAL CITY ROOFING COMPANY, INC.,
PLAINTIFF-APPELLANT,

V                                                                ORDER

ASHLEY MCGRAW ARCHITECTS, D.P.C.,
DEFENDANT-RESPONDENT.

---

THE WARD FIRM, PLLC, LIVERPOOL (JON COOPER OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

SUGARMAN LAW FIRM, LLP, SYRACUSE (MATTHEW D. GUMAER OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered January 16, 2015. The order granted the motion of defendant for summary judgment, dismissed the complaint and denied the cross motion of plaintiff for leave to amend the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: September 30, 2016                        Frances E. Cafarell
                                                    Clerk of the Court